UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| GERTRUDE M. HILL, | Case No. 2:08-cv-11269 |
| Plaintiff, | Hon. Patrick J. Duggan |
| v. | |
| CIGNA LIFE INSURANCE COMPANY OF NEW YORK, | |
| Defendant. | |

| | |
|---|---|
| John J. Conway (P56659) | John D. Pirich (P23204) |
| John J. Conway, P.C. | Brian T. Quinn (P66272) |
| Attorney for Plaintiff | Honigman Miller Schwartz and Cohn LLP |
| 645 Griswold, Suite 3600 | Attorneys for Defendant CLICNY |
| Detroit, Michigan 48226 | 222 North Washington Square, Suite 400 |
| (313) 961-6525 | Lansing, Michigan 48933-1800 |
| john@johnjconway.com | (517) 377-0706 |
| | bquinn@honigman.com |

## **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE AND WITHOUT COSTS**

The parties hereto, Plaintiff Gertrude M. Hill and Defendant CIGNA Life Insurance Company of New York ("CLICNY") hereby stipulate and agree that this matter be dismissed with prejudice and without costs.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| John J. Conway, P.C. | Honigman Miller Schwartz and Cohn LLP |
| | |
| By: /s/ John J. Conway (with permission) | By: /s/ Brian T. Quinn |
| John J. Conway (P56659) | Brian T. Quinn (P66272) |
| 645 Griswold, Suite 3600 | 222 N. Washington Square, Ste. 400 |
| Detroit, Michigan 48226 | Lansing, MI 48933 |
| (313) 961-6525 | (517) 377-0706 |
| john@johnjconway.com | Email: bquinn@honigman.com |
| | |
| Dated: August 12, 2008 | Dated: August 12, 2008 |

## **ORDER**

IT IS SO ORDERED.

Dated: August 12, 2008　　　　　　　　　　　　　　s/Patrick J. Duggan
　　　　　　　　　　　　　　　　　　　　　　　　U.S. District Judge